FILED
CLERK, U.S. DISTRICT COURT

JUN 10 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

Priority ✗
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DON H. HAYCOCK,<br><br>　　　　　Plaintiff,<br>　v.<br>HON. NORMAN L. EPSTEIN, et al.,<br><br>　　　　　Defendants. | No. CV 08-01531 FMC (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　IT IS ORDERED that Judgment be entered granting the defendants' motion to dismiss without leave to amend and dismissing this action with prejudice.

DATED: June 10, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　FLORENCE-MARIE COOPER
　　　　　　　　　　　　　　　　　　　　　United States District Judge