CLERK, U.S. DISTRICT COURT

JUN 10 2008

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DON H. HAYCOCK,<br><br>    Plaintiff,<br>  v.<br><br>HON. NORMAN L. EPSTEIN, et al.,<br><br>    Defendants. | No. CV 08-01531 FMC (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff takes nothing by his Complaint and that this action is dismissed with prejudice.

DATED: June 10, 2008

FLORENCE-MARIE COOPER
United States District Judge